**STATE of Missouri, Respondent,**

v.

**Mark BURTON, Appellant.**

**Mark BURTON, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 66123, 68581.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 10, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 30, 1997.

Application to Transfer Denied
March 25, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, Richard L. Beaver, Jefferson City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David G. Brown, Assistant Attorney General, Jefferson City, for Respondent.

Before CRANDALL, P.J., HOFF, J., and WILLIAM E. TURNAGE, Senior Judge.

1. All statutory references are to RSMo 1994.

*ORDER*

PER CURIAM.

Mark Burton was convicted of second degree murder, § 565.021 RSMo 1994[1] and armed criminal action, § 571.015 and sentenced to life imprisonment and a concurrent term of thirty years imprisonment.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment of conviction for murder and armed criminal action is affirmed. Rule 30.25(b). The judgment denying the motion filed under Rule 29.15 is based on findings of fact that are not clearly erroneous and is affirmed. Rule 84.16(b).